IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BIDSSON USA, LLC and BIDIFY, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 3:13-CV-00083 ) ) |
| ALBERT LISKE, | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The Plaintiffs, having filed a Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is accordingly,

**ORDERED, ADJUDGED and DECREED** that Plaintiffs' claims against the Defendant are dismissed with prejudice to the refiling of same. Each party shall bear their own costs.

_____
Judge

APPROVED FOR ENTRY:

/s/ J. Cole Dowsley, Jr.
J. Cole Dowsley, Jr. (# 024400)
THOMPSON BURTON, PLLC
840 Crescent Centre Drive
Suite 140
Franklin, Tennessee 37067
Phone: (615) 465-6003
cole@thompsonburton.com

*Attorney for Plaintiffs, Bidsson USA, LLC and Bidify, LLC*