# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **BIDSSON USA, LLC and BIDIFY, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **3:13-CV-00083** |
| **v.** | ) | |
| | ) | |
| **ALBERT LISKE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

The Plaintiffs, having filed a Notice of Voluntary Dismissal with Prejudice pursuant to

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is accordingly,

**ORDERED, ADJUDGED and DECREED** that Plaintiffs' claims against the Defendant

are dismissed with prejudice to the refiling of same. Each party shall bear their own costs.

_____
Judge


APPROVED FOR ENTRY:

/s/ J. Cole Dowsley, Jr.
J. Cole Dowsley, Jr. (# 024400)
THOMPSON BURTON, PLLC
840 Crescent Centre Drive
Suite 140
Franklin, Tennessee 37067
Phone: (615) 465-6003
cole@thompsonburton.com

*Attorney for Plaintiffs, Bidsson USA, LLC*
*and Bidify, LLC*